IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CALVIN WATSON, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:07-CV-81 (CDL) |
| Mr. HUNNICUTT, et al., | * |
| Defendants | * |
| | * |

ORDER ON RECOMMENDATION OF DISMISSAL
OF WHITWORTH PAROLE CENTER MEDICAL STAFF

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on August 29, 2007, is hereby approved, adopted, and made the Order of the Court, and Defendant Whitworth Parole Center Medical Staff is hereby dismissed from this action.

IT IS SO ORDERED, this 5th day of November, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE