IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CALVIN WATSON, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:07-CV-81 (CDL) |
| CHARLES HUNNICUTT, et al., | * |
| Defendants. | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on March 11, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 22nd day of April, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE